JUNE 2, 1948

No. 52367.—G. J. Kluyskens v. United States, petition 6412–R.——Abstract 51971. Plaintiff's application for rehearing denied; COLE, J., dissenting.

JUNE 3, 1948

No. 52368.—SUIT 4579.—Florea & Co., Inc. v. United States.——Reap. Dec. 7155 reversed and remanded March 2, 1948. C. A. D. 387.